**Order entered March 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00232-CV

**TABITHA COFFIN, ET AL., Appellants**

**V.**

**BANK OF OKLAHOMA, N.A., Appellee**

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-02088-2012**

## ORDER

We **GRANT** the March 25, 2013 motion of appellant, Tabitha Coffin, for an extension of time to file her notice of appeal. The notice of appeal filed by appellant on February 13, 2013 is deemed timely for jurisdictional purposes.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE